UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SONY BMG MUSIC ENTERTAINMENT,
et al.,

    Plaintiffs,

vs.                                        Case No. 8:05-cv-166-T-17MSS

JOHN DOE,

    Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of Plaintiffs' Motion to Compel Discovery from the University of South Florida Under Rule 45(c)(2)(B) (Dkt. 12). Plaintiffs seek an Order compelling the University of South Florida ("USF") to respond to their Rule 45 Subpoena and provide the name, address, telephone number, e-mail address and Media Access Control address of the individual associated with IP address:131.247.156.97 2004-10-30 02:11:59 (EST). Plaintiffs' represent that counsel for USF does not oppose the Motion to Compel, however, counsel will not comply with the subpoena in the absence of a court order due to Defendant's objection to disclosure. Because USF has not filed a motion to quash and the Defendant has not filed any opposition, the Motion to Compel is deemed unopposed. See M.D. Fla. R. 3.01(b).

Having reviewed Plaintiffs' Motion and being otherwise fully advised, it is **ORDERED** that:

1. Plaintiffs' Motion to Compel Discovery from the University of South Florida Under Rule 45(c)(2)(B) (Dkt. 12) is **GRANTED**.

2. USF shall **within ten days of the date of this Order** respond to Plaintiffs' Rule 45 Subpoena by providing the name, address, telephone number, e-mail address and Media Access Control address of the individual associated with the following IP

address: 131.247.156.97 2004-10-30 02:11:59 (EST).

**DONE and ORDERED** in Tampa, Florida on this /8th day of July 2005.

Mary S. Scriven
United States Magistrate Judge

Copies to:

Counsel of Record

Gerard D. Solis, Esq.
Associate General Counsel
University of South Florida
Office of the General Counsel
4202 East Fowler Avenue
ADM 250
Tampa, Florida 33620